UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>**SHABTAY VARON,**<br><br>　　　Debtor. | **CHAPTER 7**<br><br>**CASE NO. 25-55779-JWC** |
| **KYLE A. COOPER<br>AS CHAPTER 7 TRUSTEE,**<br><br>　　　Plaintiff,<br><br>v.<br><br>**SHABTAY VARON,**<br><br>　　　Defendant. | **ADV. NO. 25-05209-JWC** |

## REPORT OF RULE 26(f) CONFERENCE

On December 8, 2025, Howie P. Slomka, counsel for Plaintiff and David S. Klein, counsel for Defendant held their conference via electronic mail, pursuant to Federal Rule of Civil Procedure 26(f) ("Fed. R. Civ. P. 26") and Bankruptcy Local Rule 7016-1 and provide the following information regarding the above-captioned adversary proceeding:

1. **Initial Disclosures**. (Include one or more of the following, modified as appropriate.)

[ ] The parties have made the initial disclosures required by Fed. R. Civ. P. 26(a)(1).

[ ] The parties agree to exchange written and verified initial disclosures as required by Fed. R. Civ. P. 26(a)(1).

[x] The parties have agreed not to make initial disclosures and to waive the requirements of Fed. R. Civ. P. 26(a)(1) with regard to same.

2. **Discovery Plan.** The parties jointly propose to the Court that discovery shall be completed by May 1, 2026, subject to modification by the Court with the consent of the parties or for good cause shown. The parties propose the attached Discovery Plan.

3. **Other items**.

(a) The parties shall submit a consolidated pretrial order no later than June 12, 2026 or within fifteen (15) days of a final ruling on a dispositive motion, whichever is later. See Bankruptcy Local Rule 7016-2.

(b) Unless further ordered by the Court, Plaintiff will be allowed until May 1, 2026 to file motions to join additional parties and until May 1, 2026 to file motions to amend the pleadings.

(c) Unless further ordered by the Court, Defendant will be allowed until May 1, 2026 to file motions to join additional parties and until May 1, 2026 to file motions to amend the pleadings.

(d) All dispositive motions, including Motions for Summary Judgment, will be filed by June 1, 2026.

4. **Settlement Potential**.

(a) The parties [ ] have [x] have not discussed settlement.

2

(b) The parties [x] do [ ] do not intend to hold additional settlement conferences among themselves prior to the close of discovery. The proposed date of the next settlement conference is <u>unknown at this time</u>.

(c) The parties [ ] have [ x ] have not considered alternative dispute resolution.

(d) Settlement prospects may be enhanced by one of the following alternative dispute resolution procedures [check applicable boxes]: [x] Mediation; [x] Judicial settlement conference; [x] Early neutral evaluation; [ ] Other.

5. Identify any other matters regarding discovery or case management that may require the Court's attention (e.g., concerns about confidentiality; the need for protective orders; unmovable scheduling conflicts).

6. Any other matters not covered above: None.

7. The parties [ ] do [ x] do not request a conference with the Court prior to entry of the scheduling order. Any such conference may be [  ]by telephone [ ]in chambers [ ] in court.

[Signature of Counsel on Following Page]

**Consented to by:**

**HOWARD SLOMKA, PC**

/s/ Howard P. Slomka (signed with express permission)
Howard P. Slomka
Georgia Bar No. 652875
Howard Slomka, PC
6400 Powers Ferry Road
Suite 200
(770) 856-5793 Telephone
howie@slomka.us
*Attorney for Plaintiff*


**ROUNTREE LEITMAN KLEIN & GEER, LLC**

/s/ David S. Klein
David S. Klein
Georgia Bar No. 183389
Caitlyn Powers
Georgia Bar No. 856354
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
dklein@rlkglaw.com
cpowers@rlkglaw.com
*Attorneys for Defendant*

**Exhibit to Report of Rule 26(f) Conference**

1. **Initial Disclosures**

The parties agree to waive the requirement of initial disclosures.

2. **Discovery Plan**

    a. Discovery will be needed on the following topics (this list is without prejudice to the right of either party to expand or limit the topics for discovery in accordance with the Federal Rules): The allegations in the Complaint and the defenses to the allegations by Defendant.

    b. All discovery will be commenced in time to be completed by <u>May 1, 2026.</u>

    c. Each party may propound a maximum of <u>thirty (30) interrogatories</u> to any other party. Responses to interrogatories are due thirty (30) days after service.

    d. Each party may submit a maximum of <u>thirty (30) requests for production</u> of documents to any other party. Objections to production of documents are due thirty (30) days after service.

    e. Each party may submit a maximum of <u>fifty (50) requests for admission</u> to any other party. Responses for requests for admission are due thirty (30) days after service.

    f. Depositions shall be limited to <u>three (3) depositions by Plaintiff</u> and <u>three (3) depositions by Defendants</u>, unless increased by agreement of the parties.

    g. Each deposition is limited to a maximum number of 7 hours, unless extended by agreement of the parties.

    h. Reports from retained experts under Fed. R. Civ. P. 26(e) are due from each party within thirty (30) days of the close of fact discovery.

    i. Supplementations under Fed. R. Civ. P. 26(e) are due as soon as practicable and no event later than within thirty (30) days of the close of fact discovery.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>SHABTAY VARON,<br><br>      Debtor. | CHAPTER 7<br><br>CASE NO. 25-55779-JWC |
| KYLE A. COOPER<br>AS CHAPTER 7 TRUSTEE,<br><br>      Plaintiff,<br><br>v.<br><br>SHABTAY VARON,<br><br>      Defendant. | ADV. NO. 25-05209-JWC |

## SCHEDULING ORDER

Upon review of the information contained in the Rule 26(f) Report completed and filed by the parties on December 21, 2025, and incorporated herein, it is

1

2

**ORDERED** that the time limits and provisions stated in the Report are **APPROVED**.

## END OF ORDER

**Distribution List:**

Howard P. Slomka
Howard Slomka, PC
6400 Powers Ferry Road
Suite 200

David S. Klein
Caitlyn Powers
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>SHABTAY VARON,<br><br>        Debtor. | CHAPTER 7<br><br>CASE NO. 25-55779-JWC |
| KYLE A. COOPER<br>AS CHAPTER 7 TRUSTEE,<br><br>        Plaintiff,<br><br>v.<br><br>SHABTAY VARON,<br><br>        Defendant. | ADV. NO. 25-05209-JWC |

## CERTIFICATE OF SERVICE

I do hereby certify that I have served all parties with the within and foregoing pleading by filing same with the Court's electronic filing system which will automatically provide the following with a copy of same.

Howard Slomka, PC
Howard P. Slomka, Esq.
Howie@slomka.us

Dated: December 22, 2025

/s/ David S. Klein
David S. Klein
Georgia Bar No. 183389