**IT IS ORDERED as set forth below:**

**Date: January 13, 2026**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>SHABTAY VARON,<br><br>   Debtor. | CHAPTER 7<br><br>CASE NO. 25-55779-JWC |
| KYLE A. COOPER<br>AS CHAPTER 7 TRUSTEE,<br><br>   Plaintiff,<br><br>v.<br><br>SHABTAY VARON,<br><br>   Defendant. | ADV. NO. 25-05209-JWC |

## SCHEDULING ORDER

Upon review of the information contained in the Rule 26(f) Report completed and filed by the parties on December 22, 2025, and incorporated herein, it is

**ORDERED** that the time limits and provisions stated in the Report are **APPROVED**. The Court at its discretion may schedule a Status Hearing.

### END DOCUMENT

**Order Prepared and Presented By:**

/s/ David S. Klein
David S. Klein
Georgia Bar No. 183389
Caitlyn Powers
Georgia Bar No. 856354
*Attorneys for Defendant*

ROUNTREE LEITMAN KLEIN & GEER, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
dklein@rlkglaw.com
cpowers@rlkglaw.com

**<u>Distribution List:</u>**

Howard P. Slomka
Howard Slomka, PC
6400 Powers Ferry Road
Suite 200

David S. Klein
Caitlyn Powers
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329